UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY C. RAMSEY,

              Petitioner,

     v.

KENNETH QUINN,

              Respondent.

Case No. C07-5328FDB

ORDER TO SHOW CAUSE

This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The matter is before the court due to the fact that petitioner has not filed a response to the clerk's letter regarding a deficiency in petitioner's application to proceed in forma pauperis.

The letter from the clerk was mailed on or about July 18, 2007, but it was returned by the Postal Service as undeliverable. It appears Mr. Ramsey is not in custody at the facility he listed in his petition (Monroe Corrections Center/Special Offender Unit) Local Rule CR 41 states, "If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

Accordingly, petitioner shall keep the clerk of the court aware of his current address and he must file his response to the clerk's letter or show cause why this matter should not be summarily dismissed by not later than October 24th, 2007.

The Clerk is directed to send a copy of this Order to Petitioner at the address of record.

DATED this 24TH day of September, 2007.

                      */s/   J. Kelley Arnold*
                      J. Kelley Arnold
                      U.S. Magistrate Judge

ORDER
Page - 1