UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY C. RAMSEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KENNETH QUINN,<br><br>　　　　　Respondent. | Case No.  C07-5328FDB<br><br>SECOND ORDER TO SHOW CAUSE |

This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  The matter is before the court due to the fact that petitioner has not responded to the clerk's letter regarding deficiencies with petitioner's application to proceed *in forma pauperis*.

The letter from the clerk was mailed on or about July 18, 2007, but it was returned by the Postal Service as undeliverable.  On September 24, 2007, the undersigned reviewed the matter and directed Petitioner to cure the deficiencies noted by the Court Clerk and/or show cause why the matter should not be dismissed for his failure to correct the deficiency.  *See* Doc. 4

On October 2, 2007, Petitioner filed a change of address form, but he has not yet cured the deficiencies with his application to proceed *in forma pauperis*.  Accordingly, Petitioner shall provide a certified copy of your prison trust account statement showing transactions for the past six months, along with the Written Consent for Payment of Costs to the Court Clerk by not later than November 23, 2007.  Otherwise, the undersigned will recommend that this matter be dismissed for failure to prosecute.

The Clerk is directed to send a copy of this Order to Petitioner at the address of record.

DATED this 31st day of October, 2007.

　　　　　　　　　　　　　　　　　*/s/     J. Kelley Arnold*
　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

ORDER
Page - 1