UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY C. RAMSEY,<br><br>            Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>            Respondent. | Case No.  C07-5328FDB<br><br>ORDER GRANTING I.F.P. APPLICATION |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 19th day of November, 2007.

        */s/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1