UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY C. RAMSEY,<br><br>                Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>                Respondent. | Case No.  C07-5328FDB<br><br>ORDER GRANTING RESPONDENT'S MOTIONS FOR AN EXTENSION OF TIME |

      This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 19).  After reviewing the motion and the remaining record, the court orders as follows.

      (l) Respondent's motion for an extension of time is **GRANTED.  The court grants respondent an extension until February 20, 2008, to file an answer to the petition.**

      (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 9th day of January, 2008.

                                                      */s/  J. Kelley Arnold*
                                                      J. Kelley Arnold
                                                      United States Magistrate Judge