UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY C. RAMSEY,

             Petitioner,

      v.

KENNETH QUINN,

             Respondent.

Case No.  C07-5328FDB

ORDER GRANTING
PETITIONER'S REQUEST FOR
EXTENSION OF TIME

The Report and Recommendation in this case is currently noted for consideration May 9, 2008. Petitioner Harry Ramsey submitted a request on April 29, 2008 [Docket # 27] for an extension of time to June 15, 2008 to file his objections to the Report and Recommendation for the reason that he is in protective custody without access to the law library or his personal paperwork.  NOW, THEREFORE,

       IT IS ORDERED: Petitioner's request [Dkt. # 27] for an extension of time is GRANTED, and Petitioner's Objections are to be filed by Monday, June 16, 2008; any Reply from Respondent is due Friday, June 20, 2008.  The Clerk of the Court shall renote this matter for the Court's consideration on June 20, 2008.

       DATED this 15th day of May 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1