UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY C. RAMSEY,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No.  C07-5328FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
AND DENYING 28 U.S.C. 2254
PETITION

    Petitioner moved for and was granted an extension of time to file his objections to the Report and Recommendation.  Petitioner has filed a document entitled "Reduce Time To 120 months per agreement. Not 160 Month,." and the Court will consider this Petitioner's Objections.  Petitioner restates the argument that he made to the Magistrate Judge, that "At sentencing the Judge on his own, as he stated, not based on any PSI or other set the Plea agreement aside and added an additional 40 months to the sentence." [sic] Petitioner attaches what appear to be some transcript pages from the sentencing hearing.

    Petitioner's filing does not persuade the Court to reject the reasoning set forth in the Report and Recommendation that the Petition is unexhausted and there is no showing of extraordinary circumstances that would allow this Court to review his unexhausted federal habeas claims.

    The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

ORDER
Page - 1

(2) The petition for writ of habeas corpus is DENIED;

(3) Petitioner's pending motions are moot and/or inappropriate and therefore DENIED; and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 20th day of June 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE