# United States District Court

WESTERN DISTRICT OF WASHINGTON

HARRY C RAMSEY

       v.

KENNETH QUINN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5328FDB

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The petition for writ of habeas corpus is DENIED.

3. Petitioner's pending motions are moot and/or inappropriate and therefore DENIED.

    June 23, 2008　　　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ D. Forbes
　　　　　　　　　　　　　　　　　　　　　　　　　By, Deputy Clerk